No. 80–6766.   LUCKETT v. SOWDERS, REFORMATORY SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 80–6768.   SHACKLEFORD v. UNITED STATES; and
No. 80–6790.   WHITEHEAD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 642 F. 2d 1214.

No. 80–6770.   CARR v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6771.   COATS v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 80–6772.   TISON ET AL. v. ARIZONA.   Sup. Ct. Ariz. Certiorari denied.

No. 80–6773.   HANSEN v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 80–6775.   HART v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–6776.   HENDERSON v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 80–6777.   SHIELDS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 80–6778.   PAULSEN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 80–6779.   LUNSFORD v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–6781.   GASKINS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.